## AMORÓS HERMANOS *v.* CIVIDANES.

APELACIÓN procedente de la Corte de Distrito de Humacao.

No. 73.—Resuelto en abril 7, 1904.

INTERDICTOS DE RECOBRAR LA POSESIÓN—DERECHOS DE PROPIEDAD.—En los inter-
dictos de recobrar la posesión no se discute derecho alguno de propiedad sobre
la cosa, y sí solamente, si el que reclama estaba en la posesión de la misma y (*)
ha sido privado de su disfrute o posesión, en cuyo caso habrá de reponérsele
tal disfrute o posesión, si la reclamación se formulare antes de un año,
desde que tuviera lugar el acto que la originara.

ID.—TERCEROS.—Las resoluciones que se dicten en los interdictos, no pueden
perjudicar a tercero, y las reclamaciones de propiedad sobre la cosa,
objeto de los mismos, deberán ventilarse en el juicio que corresponda con
arreglo a derecho.

ID.—PRUEBAS.—En los interdictos de recobrar la posesión no puede estimarse
prueba alguna que no verse sobre el disfrute o posesión de la cosa objeto
del interdicto.

COSTAS.—El pronunciamiento de costas debe hacerse sin especial condenación en los
casos en que las pretensiones de las partes no prosperaren en absoluto.

### EXPOSICIÓN DEL CASO.

Vistos estos autos promovidos en la Corte de Distrito de
Humacao entre partes, de la una, los Señores Amorós Her-
manos, propietarios vecinos de Guayama, dirigidos y repre-
sentados en esta superioridad primero por el Letrado Don
Miguel Zavaleta y después por el de igual clase Don Juan
R. Ramos, y de la otra el Licenciado Don Manuel F. Rossy
que representa y dirige a Don Manuel Cividanes, propietario
y vecino también de Guayama, sobre interdicto de recobrar
la posesión de unos callejones; autos pendientes ante nos en
virtud de recurso de casación hoy de apelación, interpuesto
por Cividanes contra la sentencia pronunciada, que copiada
a la letra dice así:

"En la ciudad de Humacao a los 23 días del mes de agosto de
1900. *Vistos* los autos seguidos por los Sres. Amorós Hermanos, diri-
gidos por el Letrado Don Miguel Zavaleta contra Don Manuel Civi-
danes sobre recobrar la posesión de unos callejones.

"*Resultando:* que en 18 de mayo del corriente año los Sres. Amorós y Hermanos, dueños de la hacienda 'Reunión' sita en el barrio de Jobos, de la jurisdicción de Guayama, dedujeron demanda de interdicto de recobrar la posesión ante esta Corte de Justicia contra Don Manuel Cividanes, administrador y poseedor en nombre, de su esposa Doña Rufina Molinaris, de la hacienda 'Merced,' fundándola en haber mandado Cividanes a varios labradores de la hacienda 'Merced' a hacer surcos en el callejón de Don Lino que divide dichas (\*) haciendas y el cual se halla al saliente y empalma con otro al norte, cuyos surcos impide a los demandantes aprovechar dicho callejón; y en 20 de junio último interpusieron otra demanda los referidos señores contra el propio señor Cividanes sobre interdicto de recobrar la posesión de otro callejón que se halla frente a la pieza llamada Jueyes y también 20 cuerdas formando codo con el callejón llamado Manfredo, por la parte del mar y que se tiende hacia la de levante unas 90 varas, fundando esta demanda en que en los primeros días del citado mes de junio los braceros de la hacienda 'Merced' de orden de Don Manuel Cividanes, abrieron más de 20 hoyos para empalizada en medio del callejón descrito y pusieron estacones en trece de ellos, que si bien no pisaron impiden el paso de carretas y el aprovechamiento de esta vía de comunicación y cultivo, y ofreciendo información testifical para justificar los hechos interesó que se condenase a Cividanes a reponer en la posesión de los callejones a los demandantes y al pago de las costas, daños y perjuicios y devolución de los frutos que llegare a percibir.

"*Resultando:* que practicada la información testifical ofrecida, declararon los testigos Don Arturo Cintrón, Natividad Cintrón, Guillermo Morales, Rafael González y Lucas Soto, ser ciertos los hechos alegados en las demandas ya mencionadas.

"*Resultando:* que señalado día para la celebración del juicio verbal, el Letrado Don Manuel F. Rossy, a nombre de Don Manuel Cividanes solicitó la acumulación de dichos dos interdictos, fundado en el artículo 156 de la Ley de Enjuiciamiento Civil y en los 161 y 162 de la propia ley, a cuya pretensión se allanó el demandante, por lo que el tribunal accedió a la acumulación pedida.

"*Resultando:* que en el acto del juicio verbal el defensor de los Sres. Amorós Hermanos, Sr. Zavaleta, reprodujo la petición consignada en sus escritos de demanda y el Letrado D. Manuel F. Rossy impugnó la pretensión del actor a nombre del demandado Sr. Cividanes, alegando que los callejones los poseen en común las haciendas

'Reunión' y 'Merced' y los han disfrutado ambas sin haber inte-
rrupción en la posesión y que en el mes de mayo del corriente año
Don Antonio Esteva, como representante de los Sres. Amorós Her-
manos y el demandado Don Manuel Cividanes celebraron un convenio
para dividirse los callejones en cuestión y que en efecto se hizo la
división por el Sr. Cividanes de conformidad con lo convenido, po-
niendo Cividanes en medio de los callejones algunos estacones y
haciendo en otros los hoyos necesarios para colocar la (*) empalizada
que sirviera de línea divisoria y concluyó proponiendo prueba de
testigos y de inspección ocular interesando la absolución del deman-
dado con las costas a los demandantes.

"*Resultando:* que los testigos presentados por los Sres. Amorós
Hermanos, Don Arturo Cintrón, Don Lucas Colón, digo Soto, Don
Natividad Cintrón, Don Marcelino Cintrón, Don Guillermo Morales,
Don Sandalio Cintrón, Cornelio Gual, Antonio Rivera, José Ortiz,
Eduardo Díaz, y Don José Sabater, declararon el primero que le
constaba que los callejones objeto del interdicto están abiertos desde
hace muchos años; que el de Don Lino está sembrado de caña en
parte; que en la colindancia de Cividanes hay una zanja de reciente
construcción y en la colindancia de Amorós existe otra zanja más
antigua; que los callejones pertenecen a ambas fincas y que la cerca
más corta que divide el callejón la fijó Cividanes. El segundo testigo
Lucas Soto, expresó que le constaba que entre las haciendas 'Reunión'
y 'Merced' existen unos callejones que se han utilizado por sus anti-
guos dueños y en la actualidad los disfrutan sus actuales poseedores;
que en el callejón Manfredo en la actualidad existen unos estacones
como para poner una empalizada y en el de Don Lino existe una
empalizada que ha sido puesta por la hacienda 'Merced'; que le
consta que ese callejón pertenece a las haciendas 'Merced' y 'Reunión'
y que las cercas que ha visto se encuentran en medio de los callejones.
El testigo Natividad Cintrón depuso que conoce el callejón de la
hacienda 'Reunión' llamado Manfredo y también el llamado de Don
Lino que siempre ha sido utilizado por la hacienda 'Reunión'; que
Amorós Hermanos han estado constantemente en posesión de dichos
callejones; que el de Manfredo está sembrado de cañas y se halla
cercado; que en el callejón de Don Lino existe una empalizada de
estacones y alambre en medio del callejón, constándole que esa empa-
lizada fué puesta de orden del Sr. Cividanes, pero ignora si esos
callejones pertenecen a las haciendas 'Reunión' y 'Merced' y, que no
sabe quién los utiliza. El testigo Maximino Cintrón manifiesta que

sabe que los callejones Manfredo y Don Lino existen desde hace mucho tiempo, ignora quién los utiliza en la actualidad, pero le consta que los utilizaban antes las haciendas 'Reunión' y 'Merced'; que el callejón de Don Lino se halla actualmente dividido por la mitad por una empalizada de alambre colocada en su centro por el que no pueden pasar carros y que el otro callejón está más estrecho de modo que por él no puede pasar un carro; ha visto once hoyos en mitad de uno de los callejones y once estacones clavados (*) en tierra; que los hoyos y los estacones se hallan en mitad del callejón y que los dos callejones corresponden a las haciendas 'Reunión' y 'Merced'. El testigo Guillermo Morales dijo que conoce el callejón de Don Lino desde hace cuarenta años, que en la actualidad no tiene la misma longitud y ancho que antes; que las haciendas 'Reunión' y 'Merced' lo han utilizado y lo utilizan, si bien hoy no pueden aprovecharlo sino en la mitad porque en el centro del mismo existe una empalizada; que los Sres. Amorós Hermanos no pueden utilizar actualmente el callejón Manfredo porque está sembrada de cañas la parte que corresponde a la hacienda 'Merced'; ignora quién lo ha sembrado de caña y también ignora quién puso la empalizada, pero le consta que Don Manuel Cividanes es el administrador de la hacienda 'Merced' y supone que éste es quien ha sembrado la caña y ha puesto la empalizada, y agrega que esos callejones pertenecen a las haciendas 'Reunión' y 'Merced' y que éstos los han utilizado siempre. El testigo Sandalio Cintrón asevera que conoce el callejón de Don Lino que siempre lo ha utilizado la hacienda 'Reunión'; que asimismo conoce el callejón Manfredo y sabe que también lo ha utilizado la hacienda 'Reunión' y puede ésta utilizarlo actualmente; que ese callejón desde el mes de mayo está más estrecho porque parte está sembrado de caña; que en el de Don Lino existen unos estacones y unos hoyos en medio, que lo divide en dos partes; que la caña ha sido sembrada por Cividanes y la cerca fué puesta por orden de éste; que sabe que entre Cividanes y Don Antonio Esteva, representante del Sr. Amorós, hubo una cuestión o discusión con motivo de haber alterado el primero los callejones de referencia; que esos callejones los utilizan ambas haciendas, pero no sabe si pertenecen a los dos; que no pudo enterarse del motivo de la discusión suscitada entre Esteva y Cividanes y que posteriormente no ha habido disgusto entre ellos y se siguieron los trabajos. El testigo Cornelio Gual dijo: que conoce el callejón Manfredo; que lo ha visto abierto mucho tiempo; que en la actualidad está más estrecho por la parte de la hacienda 'Merced' por haberse colocado en su

centro una empalizada; que en la actualidad no existe la empalizada; que en medio del callejón hay algunos hoyos preparados como para clavar estacones para una cerca o empalizada; que asimismo conoce el callejón de Don Lino; que en él existe una empalizada mandada poner por Cividanes; que entre el representante de Amorós, Don Antonio Esteva y el Sr. Cividanes hubo una discusión con motivo de esas empalizadas; que ambos callejones han (*) sido utilizados por las haciendas 'Reunión' y 'Merced'; que los hoyos y las empalizadas se hallan en mitad de los callejones; que sabe que el representante de Amorós no estaba conforme con la siembra de cañas y le dijo a Cividanes que lo iba a denunciar al juzgado. El testigo Don Antonio Rivera declaró: que le constaba que entre las haciendas 'Merced' y 'Reunión' existe un callejón llamado Manfredo, que lo conoce hace mucho tiempo, que lo han utilizado siempre en común los dueños de ambas haciendas, el cual se halla en la actualidad más reducido y no lo puede utilizar la hacienda 'Reunión' por haberse puesto una empalizada en su centro, cuya empalizada no existe hoy; que asimismo conoce, el callejón nombrado Don Lino, que lo utilizaban también los dueños de la hacienda 'Reunión' y hoy no lo pueden éstos utilizar por haber en su centro una cerca de alambre, cuya cerca cree la ha mandado poner Don Manuel Cividanes; que sabe que Cividanes y el representante de Amorós, Don Antonio Esteva, tuvieron un disgusto con motivo de esos callejones; que ambos callejones los utilizaban las haciendas 'Reunión' y 'Merced' y pertenecen de por mitad a los dueños de dichas haciendas; que los hoyos y estacones se hallan en medio de los referidos callejones y que el disgusto de Cividanes con Esteva ocurrió hace dos o tres meses. El testigo José Ortiz expresó que entre las haciendas 'Merced' y 'Reunión' existe un callejón llamado Manfredo; que hace mucho tiempo que existe y lo han utilizado ambas haciendas; que ese callejón hace poco se redujo por haber puesto una cerca en medio del mismo; que conoce el callejón de Don Lino, el cual utilizaba la hacienda 'Reunión;' que la mitad de él está sembrado actualmente de caña y hay en él algunos hoyos hechos al parecer para poner una empalizada; que ignora quién ha hecho los hoyos; que sabe que Don Manuel Cividanes es administrador de la hacienda 'Merced'; que esos callejones los han utilizado siempre los dueños de las referidas haciendas, pero ignora a quién pertenecen y que le consta que los hoyos y estacones están en medio de los mismos. El testigo Don Eduardo Díaz manifestó que conoce el callejón de Don Lino el cual ha utilizado siempre la hacienda 'Reunión'; que

existe otro callejón llamado 'Manfredo,' el cual no tiene el ancho que antes tenía porque ha sido sembrado de cañas por la hacienda 'Merced'; que no ha visto hoyos ni estacones en ese callejón, pero en la actualidad no pueden pasar carretas por él; que no sabe quién ha obstaculizado el tránsito y que los hoyos y la empalizada están a un lado de la parte de la del Sr. Ramos; y el testigo Don José Sabater Rivera (*) depuso que fué condueño de la hacienda 'Merced'; que en dicha hacienda habían dos callejones llamados Manfredo uno y el otro Don Lino los cuales fueron abiertos por su padre el declarante en el año 1886, digo 1874, los encontró abiertos, y en el 1886 que se enajenó la finca quedaron en el mismo estado; que la hacienda 'Reunión' continuó aprovechándolos; que hace seis u ocho años que no va por allí y no puede asegurar si la hacienda 'Reunión' puede utilizar dichos callejones; que éstos sirven de colindancia a ambas haciendas, y que la mitad de un callejón es de una hacienda y la otra mitad es de la otra, y que mientras fué condueño de la hacienda 'Merced' utilizaban esos callejones ambas haciendas.

"*Resultando:* que los testigos Francisco Santer, Gregorio Rivera, Emilio Sabater y Francisco Sabater presentados por el demandado, declararon el primero que ha trabajado en las haciendas 'Reunión' y 'Merced' y conoce los callejones nombrados Manfredo y Don Lino; que la hacienda 'Reunión' no utilizaba el callejón de Don Lino y sacaba sus frutos por el callejón del centro; que en el de Don Lino hay una empalizada y en el de Manfredo no hay hoyos; que presenció una conversación habido entre Cividanes y Esteva referente a dividir los callejones, lo que hicieron en el mes de mayo; que después de eso Don Manuel Cividanes sembró la caña sin haberse opuesto a ello los dueños de la hacienda 'Reunión.' El testigo Gregorio Rivera afirma que ha trabajado en las haciendas 'Reunión' y 'Merced' y conoce los callejones Manfredo y Don Lino; que éstos han utilizado ambas haciendas para el carreteo; que le constaba que Don Manuel Cividanes y Don Antonio Esteva convinieron cercar los callejones y que la cerca se obligó a ponerla por su cuenta Cividanes, y que el convenio se celebró en primero de marzo o de abril en la pieza de cañas llamada de los Jueyes. El testigo Emilio Sabater dijo que conoce los callejones 'Manfredo' y 'Don Lino' que hoy están divididos; que esa división se hizo por Amorós y que cada litigante tiene su parte; que presenció un convenio entre Cividanes y Don Antonio Esteva por el cual Cividanes quedó de cercar los callejones para dividirlos por su cuenta, y que la cerca la hizo Santer, y está hecha

en medio de los callejones dividiendo a ambos por mitad. (*)    El testigo Francisco Sabater asegura que conoce los callejones 'Manfredo' y 'Don Lino' por haber trabajado en las haciendas 'Reunión' y 'Merced'; que el de Don Lino está cercado y la cerca se halla puesto en medio del mismo; que el guarda-ruedas ha sido arrancado; que la cerca se hizo por Francisco Santer y que presenció el convenio que celebraron Cividanes y Don Antonio Esteva, por el cual acordaron dividir el callejón, sin gastos por parte de Esteva, y que dicho convenio tuvo lugar en la pieza nombrada de los Jueyes y lo presenció también Francisco Santer.

"*Resultando:* que constituído el tribunal en las haciendas 'Merced' y 'Reunión' y sitio denominado callejón 'Manfredo,' en el punto que éste hace recodo en dirección de Este a Oeste, se observó en dicho recodo un punto de hierro que marca la línea divisoria de ambas haciendas colocado en mitad de un callejón, y otro punto de igual clase al extremo.    Este caminando de Oeste a Este y en línea recta entre ambos puntos se observó que a la derecha, en terrenos de la hacienda 'Merced' en las cañas, a una distancia de tres varas de dicha línea, y por el lado izquierdo en terrenos de la 'Reunión,' hay una zanja bastante profunda a todo el largo de aquél y a distancia de dicha línea de poco más de una vara que va estrechándose y profundizando hacia el final del callejón, de manera que a su conclusión escasamente lo separa una vara de la línea.    Se observó también que la tierra de la zanja ha sido echada a uno y otro lado de ella y por la parte inmediata a la 'Merced' produce bastante altura; que la parte izquierda de la zanja está sembrada de cañas de la hacienda 'Reunión,' y en línea recta entre los puntos divisorios se notaron varios hoyos como para colocar estacones; y constituído el tribunal en el callejón de Don Lino que corre de Norte a Sur se vió una cerca de alambre y los terrenos contiguos a ella y correspondientes a la hacienda 'Merced' sembrados de caña y por el otro lado sin sembrar a una distancia como de tres varas.

"Siendo Ponente el Juez Asociado Don Pedro de Aldrey y Montolío.

"*Considerando:* que en los interdictos de recobrar la posesión no se discute la propiedad que se tenga o pretenda tenerse sobre la cosa, (*) sino únicamente si el que reclama estaba o nó en la posesión de ella y que ha sido inquietado o perturbado en su disfrute o despojado de ella de tal modo que, siendo ciertos dichos extremos, e interponiéndose la reclamación de interdicto antes de transcurrir un

año del acto que la dió motivo, ha de reponerse al despojado en la posesión o tenencia que disfrutaba, sin que dicha resolución que se ha de dictar sin perjuicio de tercero, resuelva derecho de propiedad, cuya discusión sería objeto de otro juicio y no del interdicto que es sumario.

"*Considerando:* que por virtud de lo expuesto para la sentencia que haya de dictarse en este juicio, no puede tenerse en cuenta la prueba que se practicó sobre la existencia de un contrato verbal, por virtud del que se pretende que ambos colindantes convinieron en dividir el callejón de Don Lino que separa sus predios, sobre cuyo callejón versó también el interdicto establecido por los Sres. Amorós Hermanos, toda vez que la ley no permite apreciarla.

"*Considerando:* que habiendo justificado el actor con prueba testifical que estaba en posesión del callejón llamado de Don Lino, y además porque el demandado no niega que aquél haya tenido ese disfrute que hoy le niega por virtud de un contrato que dice medió entre ellos, apareciendo además de la inspección ocular que dicho callejón en la mitad correspondiente a la hacienda que administra Don Manuel Cividanes está sembrado de cañas, sin que lo esté en la otra mitad, es procedente en cuanto a él declarar con lugar el interdicto de recobrar la posesión establecido por los Sres Amorós Hermanos.

"*Considerando:* que aun cuando el actor adujo prueba testifical para comprobar que también se hallaba en el disfrute del callejón medianero, que hace codo con el de Manfredo y es continuación de él, cuando por Don Manuel Cividanes se quiso cercarlos en la línea media del mismo, es lo cierto que con la inspección ocular que practicó el tribunal se comprueba de una manera plena que el referido codo del callejón Manfredo no podían disfrutarlo los Sres. Amorós Hermanos, por tener hecha a lo largo del mismo y en la mitad que corresponde a sus tierras una zanja bastante profunda que imposibilita el paso de carros, sin que por la otra mitad correspondiente a la hacienda del Sr. Cividanes, que no está arada ni sembrada, quede espacio (*) suficiente para el tránsito de vehículos; y por tanto no habiéndose justificado la posesión debe ser declarado sin lugar el interdicto en cuanto al mismo.

"*Considerando:* que estando acumulados los interdictos que se resuelven por una sola sentencia y rechazádose en parte la petición del actor, debe aquélla dictarse sin especial condena de costas.

"Vistos los artículos 1649, 1650, 1651, 1654 y 1656 de la Ley de Enjuiciamiento Civil y la Orden General No. 118 de 1899;

*Fallamos:* que debemos declarar y declaramos con lugar y sin perjuicio de tercero la demanda de interdicto de recobrar la posesión del callejón llamado de Don Lino establecido por los Sres. Amorós Hermanos, dueños de la finca llamada 'Reunión' contra Don Manuel Cividanes como administrador de la hacienda 'Merced,' manteniéndose a los demandantes en su posesión y requiriéndose al perturbador para que en lo sucesivo se abstenga de cometer tales actos u. otros que manifiesten el mismo propósito, bajo los apercibimientos de lo que corresponda con arreglo a derecho; y repóngase a los demandantes en la posesión, quedando el despojante asimismo condenado al pago de los daños y perjuicios y devolución de los frutos que hubiere percibido; y debemos declarar, y declaramos, sin lugar el interdicto en cuanto al codo del callejón llamado Manfredo que también divide ambas haciendas, sin especial condena de costas, reservando a las partes el derecho que puedan tener sobre la propiedad o sobre la posesión definitiva que podrán utilizar en el juicio correspondiente. Así lo pronunciamos, mandamos y firmamos. Juan F. Vías, Pedro de Aldrey, Ricardo la Costa.''

*Resultando:* que contra la anterior sentencia interpuso Don Manuel Cividanes recurso de casación por infracción de ley y elevados los autos a esta Corte Suprema se sustanció el recurso como de apelación, cumpliendo con la ley de la Asamblea Legislativa de 12 de marzo de 1903.

*Resultando:* que el apelante evacuó el trámite de instrucción que se le confirió y al cumplir con igual trámite la parte apelada, utilizando el beneficio del artículo 856 de la Ley de Enjuiciamiento Civil, devolvió los autos adhiriéndose a la apelación establecida por la parte contraria por creer perjudicial (*) la sentencia dictada, en cuanto declaró sin lugar la restitución de uno de los callejones y no impuso especial condenación de costas al despojante.

*Resultando:* que se señaló día para la vista y en dicho acto los letrados representantes de las partes alegaron cuanto estimaron conveniente a la defensa de sus respectivas pretensiones.

Abogado del apelante: *Sr. Manuel F. Rossy.*

Abogados de los apelados: *Sres. Miguel Zavaleta* y *Juan R. Ramos.*

EL JUEZ ASOCIADO SR. FIGUERAS, después de exponer los hechos anteriores, emitió la opinión del tribunal.

*Aceptando* los fundamentos de hecho y de derecho de la sentencia recurrida; y

*Considerando* lo dispuesto en la regla 63 de la Orden General No. 118 serie de 1899; vistas las disposiciones legales citadas en la sentencia recurrida.

*Fallamos:* que debemos confirmar y confirmamos la sentencia que en estos autos dictó la Corte de Humacao en 23 de agosto de 1900, sin hacer expresa condenación de las costas del recurso y devuélvanse los antecedentes a la corte de dicho distrito con la certificación correspondiente para los efectos que procedan.

Jueces concurrentes: Sres. Presidente Quiñones y Asociados Hernández, Sulzbacher y MacLeary.